IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARY McCRAE and BOBBIE JEAN McCRAY, as Co-Administratrices of the Estate of LEROY McCRAE, SR., | ) ) ) ) | |
| PLAINTIFFS, | ) ) | (WO) |
| v. | ) ) | CASE NO. 2:04-cv-855-F |
| ANDY GARROW, *et al.,* | ) ) | |
| DEFENDANTS. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the

ORDER, JUDGMENT and DECREE of the Court as follows:

(1) Pursuant to the agreement of the parties as represented by the Release of All

Claims and the Joint Stipulation of Dismissal, this case is DISMISSED in its entirety WITH

PREJUDICE.

(2) Each party is to bear his, her or its own costs.

(3) All claims in this lawsuit having been disposed of, the Clerk of the Court is

DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant

to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this 19th day of August, 2005.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE